UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LARRY GENE HEGGEM,<br><br>           Plaintiff,<br><br>   v.<br><br>DR. RICHARD OLIVER, DR. JOHN SMITH, SUPERINTENDENT DONALD HOLBROOK, STEVEN HAMMEND and JOHN and JANE DOES,<br><br>           Defendants. | NO: 4:17-CV-5049-TOR<br><br>ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING ACTION FOR FAILURE TO PAY FILING FEE |

      By Order filed June 30, 2017, the Court directed Plaintiff, a *pro se* prisoner at the Monroe Correctional Complex, to show cause why his application to proceed *in forma pauperis* should not be denied under 28 U.S.C. § 1915(g). In the alternative, Plaintiff was granted the opportunity to pay the $400.00 fee ($350.00 filing fee, plus $50.00 administrative fee), to commence this action. Plaintiff has filed nothing further.

ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND
DISMISSING ACTION FOR FAILURE TO PAY FILING FEE ~ 1

Plaintiff did not refute the Court's finding that he is precluded from proceeding without prepayment of the filing fee under 28 U.S.C. § 1915(g), or that he failed to present any facts to excuse the preclusive effects of this statutory provision. *See Andrews v. Cervantes*, 493 F.3d 1047, 1055-56 (9th Cir. 2007) (discussing imminent danger exception to three-strikes rule).

Therefore, **IT IS HEREBY ORDERED:**

1. Plaintiff's application to proceed *in forma pauperis* is **DENIED.**

2. This action is **DISMISSED** for failure to pay the filing fee as required by 28 U.S.C. § 1914.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, enter judgment, forward a copy to Plaintiff and close the file. The Court certifies any appeal of this dismissal would not be taken in good faith.

**DATED** August 22, 2017.



THOMAS O. RICE
Chief United States District Judge