# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| LARRY GENE HEGGEM,<br><br>*Plaintiff*<br>v.<br>DR. RICHARD OLIVER, DR. JOHN SMITH, SUPERINTENDENT DONALD HOLBROOK, STEVEN HAMMOND, and JOHN AND JANE DOES,<br><br>*Defendant* | Civil Action No. 4:17-CV-5049-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:
    The action is DISMISSED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge    Thomas O. Rice    for failure to pay the filing fee.

Date: August 22, 2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen